IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Edilberto Algar Ruiz, Jr.,<br><br>　　　　Defendant. | Cr. No. 07-00301 HG-1 |

**ORDER GRANTING THE GOVERNMENT'S MOTION TO REDUCE SENTENCE PURSUANT TO RULE 35 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE (DOC. 98)**

On March 5, 2009, the Government filed a Protective Motion to Reduce Sentence Pursuant to Rule 35 of the Federal Rules of Criminal Procedure. (Doc. 96). On January 23, 2012, the Government filed a Motion to Reduce Sentence Pursuant to Rule 35 of the Federal Rules of Criminal Procedure. (Doc. 98). Defendant Edilberto Algar Ruiz, Jr. is serving a sentence of 60 months imprisonment for attempted possession with intent to distribute 50 grams or more of methamphetamine (Count 1), and attempted possession with intent to distribute 50 grams or more of a mixture containing methamphetamine (Count 2). (Doc. 85). Defendant is scheduled to be released on June 19, 2012. (Doc. 98). The Government requests that Defendant's sentence be reduced to time served for Defendant's substantial assistance. The Motion (Doc. 98) is **GRANTED.**

**PROCEDURAL HISTORY**

On October 17, 2007, Defendant Edilberto Algar Ruiz, Jr. pled guilty to attempted possession with intent to distribute 50 grams or more of methamphetamine (Count 1), and attempted possession with intent to distribute 50 grams or more of a mixture or substance containing methamphetamine (Count 2). (Doc. 42).

On March 13, 2008, Defendant was sentenced to 60 months imprisonment, to be followed by 5 years of supervised release. (Doc. 84).

On March 5, 2009, the Government filed a Protective Motion to Reduce Sentence Pursuant to Rule 35 of the Federal Rules of Criminal Procedure. (Doc. 96).

On January 23, 2012, the Government filed a Motion to Reduce Sentence Pursuant to Rule 35 of the Federal Rules of Criminal Procedure. (Doc. 98).

Pursuant to Local Rule 7.2(d), the Court elected to decide the Motion without a hearing.

**STANDARD**

Federal Rule of Criminal Procedure 35(b)(1) provides:

> (1) In General.  Upon the government's motion made within one year of sentencing, the court may reduce a sentence if the defendant, after sentencing, provided substantial assistance in investigating or prosecuting

2

another person.

Federal Rule of Criminal Procedure 35(b)(2)(B) provides:

> (2) Later Motion. Upon the government's motion made more than one year after sentencing, the court may reduce a sentence if the defendant's substantial assistance involved:
>
> . . .
>
> (B) information provided by the defendant to the government within one year of sentencing, but which did not become useful to the government until more than one year after sentencing[.]

A Rule 35 motion is essentially a plea for leniency and is addressed to the sound discretion of the district court. United States v. Smith, 964 F.2d 885, 887 (9th Cir. 1992); United States v. Hooton, 693 F.2d 857, 859 (9th Cir. 1982).

**ANALYSIS**

The Government states that it was able to obtain an indictment, arrest individuals, and obtain guilty pleas based on information provided by the Defendant. The Court finds that the Defendant substantially assisted the Government in the investigation and prosecution of criminal activity. A reduction of Defendant's sentence pursuant to Federal Rules of Criminal Procedure 35(b)(1) and 35(b)(2)(B) is appropriate. Based on the nature of Defendant's cooperation, the Court sentences Defendant to time served. Given the circumstances of Defendant's criminal conduct and substantial assistance, the Court finds a reduction to time served to be consistent with the Sentencing Guidelines

and the Sentencing Commission's policy statements.

**CONCLUSION**

For the reasons stated above, the Government's Motion to Reduce Sentence Pursuant to Rule 35 of the Federal Rules of Criminal Procedure (Doc. 98) is **GRANTED**.

Defendant's sentence of 60 months imprisonment is reduced to time served. All other aspects of Defendant's sentence, including the 5 years of supervised release, remain unchanged.

IT IS SO ORDERED.

DATED: February 8, 2012, Honolulu, Hawaii.



/S/ Helen Gillmor
_____
Helen Gillmor
United States District Judge


United States v. Edilberto Algar Ruiz, Jr., Crim. No. 07-00301 HG; ORDER GRANTING THE GOVERNMENT'S MOTION TO REDUCE SENTENCE PURSUANT TO RULE 35 OF FEDERAL RULES OF CRIMINAL PROCEDURE (DOC. 98).